**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| JOSEFINA AVILA PACHECO,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social<br>Security Administration,<br><br>　　　　　Defendant. | No. EDCV 15-2501 AS<br><br>**JUDGMENT** |

　　IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED, without benefits, for further proceedings pursuant to Sentence 4 of 42 U.S.C. § 405(g) consistent with the Opinion filed concurrently herewith.

Dated: February 28, 2017.

　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　ALKA SAGAR
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1